IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BLACKBERRY LIMITED, A CANADIAN CORPORATION, AND BLACKBERRY CORPORATION, A DELAWARE CORPORATION<br><br>  Plaintiffs,<br><br>v.<br><br>AVAYA INC., A DELAWARE CORPORATION<br><br>  Defendant. | § § § § § § § § § § § § | Civil Action No. 3:16-cv-02185-M |

## ORDER

The Court has received Defendant's Suggestion of Bankruptcy (ECF No. 50) informing the Court that on January 19, 2017, Defendant filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York.

Therefore, pursuant to the automatic stay provision under 11 U.S.C. § 362(a), this Court hereby **STAYS** all proceedings in this matter.

**SO ORDERED.**

January 24, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE