IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BLACKBERRY LIMITED, A CANADIAN CORPORATION, AND BLACKBERRY CORPORATION, A DELAWARE CORPORATION,<br><br>　　Plaintiffs,<br><br>v.<br><br>AVAYA INC., A DELAWARE CORPORATION,<br><br>　　Defendant. | §§§§§§§§§§§§§§§<br><br>Civil Action No. 3:16-cv-02185-M |

## ORDER

On September 28, 2017, the Court heard oral argument on Defendant's Motion to Dismiss [ECF No. 38]. For the reasons stated on the record, the Motion is **GRANTED** without prejudice. Plaintiffs have leave to file an amended complaint by October 19, 2017.

**SO ORDERED.**

October 10, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE