IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BLACKBERRY LIMITED AND BLACKBERRY CORP., <br><br> Plaintiffs, <br><br> vs. <br><br> AVAYA INC., <br><br> Defendant. | Civil Action No. 3:16-02185-M |

**STIPULATION OF DISMISSAL WITH
PREJUDICE OF DEFENDANT AVAYA INC.**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs BlackBerry Limited and BlackBerry Corporation ("BlackBerry") and Defendant Avaya Inc. ("Avaya"), through their respective undersigned counsel, hereby jointly stipulate that all claims asserted by BlackBerry against Avaya in the above-captioned case be dismissed with prejudice, with each party to bear its own costs and fees.

1

Dated:  February 23, 2018

*/s/ Iman Lordgooei*
James R. Asperger (*lead counsel, pro hac vice*)
California Bar No. 83188
jamesasperger@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone:     (213) 443-3000
Facsimile:      (213) 443-3100

Kevin P.B. Johnson *(pro hac vice)*
California Bar No. 177129
kevinjohnson@quinnemanuel.com
Victoria Maroulis *(pro hac vice)*
California Bar No. 202603
victoriamaroulis@quinnemanuel.com
Ray R. Zado *(pro hac vice)*
California Bar No. 208501
rayzado@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

E. Leon Carter
   Texas State Bar No. 03914300
   lcarter@carterscholer.com
John S. Torkelson
   Texas State Bar No. 00795154
   jtorkelson@carterscholer.com
CARTER SCHOLER ARNETT HAMADA & MOCKLER PLLC
8150 N. Central Expressway
Suite 500
Dallas, TX 75206
Tel: 214-550-8188
Fax: 214-550-8185

*Attorneys for BlackBerry Limited and BlackBerry Corporation*

Respectfully submitted,

*/s/ Robert S. Hill*
Robert S. Hill (*lead counsel*)
Texas Bar No. 24050764
Holland & Knight LLP
200 Crescent Court Suite 1600
Dallas, Texas 75201
robert.hill@hklaw.com
Telephone: (214) 964-9500
Facsimile: (214) 964-9501

Michael Eisenberg (*pro hac vice*)
New York Bar No. 3980430
Merri C. Moken (*pro hac vice*)
New York Bar No. 4338638
Holland & Knight LLP
31 West 52nd Street
New York, New York 10019
michael.eisenberg@hklaw.com
meri.moken@hklaw.com
Telephone: (212) 513-3200
Facsimile: (212) 385-9010

*Attorneys for Avaya Inc.*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 23, 2018.  Any other counsel of record will be served by electronic mail, facsimile, or first-class mail.

                                          */s/ Iman Lordgooei*
                                          Iman Lordgooei